**FILED**

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0483

_____

IN THE MATTER OF THE
PARENTING OF S.R.G.,

    A minor child;

LISA LARRIVEE,

        Petitioner and Appellee,

    v.

JAMES GARDNER,

        Respondent and Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to James Garnder, to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2021